UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN CARLO THOLA,<br><br>　　　　　Defendant. | No. CR 24-00471-MWF-4<br><br>ORDER GRANTING STIPULATION AUTHORIZING INTERLOCUTORY SALE OF REAL PROPERTY AND SUBSTITUTION OF RES |

　　　　For good cause appearing, and upon the parties' stipulation, it is hereby ORDERED that the real property located at 16161 Sky Ranch Road, Santa Clarita, California with Assessor Parcel Number 2841-013-026 (the "subject real property") be sold according to the terms of the parties' stipulation.  The proceeds of the sale of the subject real property shall be distributed as follows:

　　　　a.　　First, payment of all outstanding real property taxes to the Los Angeles County Treasurer and Tax Collector to the date of closing of escrow;

　　　　b.　　Second, payment of all costs and expenses of escrow and sale, including real estate sales commissions and applicable fees triggered by the sale of the subject real property;

     c.    Third, to the extent funds remain, payment of the entire amount owed to senior lienholder JPMorgan Chase Bank, N.A.;

     d.    Fourth, to the extent funds remain, payment of the entire amount owed to secured lienholder Giti Beroukhim;

     e.    Fifth, to the extent funds remain, payment of the entire amount to secured lienholder 16161 Sky Ranch LLC;

     f.    Sixth, to the extent funds remain, payment to the government for any expenses related to the preparation for sale and sale of the subject real property;

     g.    Seventh, to the extent funds remain (the "net proceeds"), the parties agree that the net proceeds shall constitute the substitute *res* in place of the subject real property. The net proceeds shall be wired from escrow directly to an interest-bearing account to be designated by the government, where such funds shall be held pending resolution of this criminal forfeiture case. The government shall provide wiring instructions directly to the escrow company handling the sale of the subject real property. Upon delivery of the net proceeds to the interest-bearing account, the government shall notify the parties and this Court of the amount that has been deposited as the substitute *res* by filing a notice with the Court.

The Court shall retain jurisdiction over the subject real property to effectuate the terms of the sale and resolve any issues or disputes that may arise regarding the interlocutory sale of the property.

Dated: February 24, 2025

MICHAEL W. FITZGERALD
United States District Judge

2

PRESENTED BY:

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/ Ryan Waters
RYAN WATERS
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for
UNITED STATES OF AMERICA